IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTHUR ROY MORRISON,            ) | |
|          **Plaintiff,**     ) | |
| v.                                             ) | No. 3:15-CV-3725-B |
|                                                    ) | |
| UNITED STATES DISTRICT COURT, DALLAS ) | |
| DIVISION,                                  ) | |
|          **Defendant.**    ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Further, as to Petitioner's February 5, 2016, affidavit of imminent danger, ECF No. 20, the Court finds Petitioner's claim of imminent danger to be conclusory and insufficient under 28 U.S.C. § 1915(g). "General allegations that are not grounded in specific facts which indicate that serious physical injury is imminent are not sufficient to invoke the exception to § 1915(g)." *Thomas v. Baker*, No. 3:15-CV-3544-K, 2015 WL 7731373, at *1 (N.D.Tex. Nov. 6, 2015) (quoting *Valdez v. Bush*, No. 3:08–CV–1481–N, 2008 WL 4710808, at *1 (N.D.Tex. Oct. 24, 2008)).

IT IS SO ORDERED.

Signed this 23rd day of March, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE